# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| DANIEL L. SPUCK, | : | No. 216 WAL 2016 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| PROGRESS NEWSPAPER, INC. | : | |
| JANE/JOHN DOES, | : | |
| PARTIES/EMPLOYEES OF, AND | : | |
| LELAND B. MATHER, JR., CHIEF | : | |
| EDITIOR, ET AL, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 13th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.